EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
BRIAN C. KINNEY, State Bar No. 245344
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5255
 Fax:  (415) 703-5843
 Email:  Brian.Kinney@doj.ca.gov

Attorneys for Respondent Governor's Office

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Miguel Molina,**<br><br>                    Petitioner,<br><br>    v.<br><br>**Ben Curry, Warden,**<br><br>                    Respondent. | C07-3313 MMC<br><br>**REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; DECLARATION OF COUNSEL**<br><br>Judge:  The Honorable Maxine M. Chesney |

**REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

Petitioner Miguel Molina is a California state inmate proceeding pro se in this habeas corpus action.  Petitioner, who is currently serving an indeterminate sentence for second-degree murder, alleges that the Governor unconstitutionally denied him parole in a 2003 parole reversal. On October 16, 2007, this Court issued an order to show cause why the writ should not be granted.  For the reasons set forth in the accompanying declaration of counsel, Respondent

/ / /

/ / /

/ / /

1 | respectfully requests a thirty-day extension of time, up to and including February 15, 2008, to
2 | file a responsive pleading in this matter.

3 | Dated: January 16, 2008

4 | Respectfully submitted,

5 | EDMUND G. BROWN JR.
Attorney General of the State of California

6 | DANE R. GILLETTE
Chief Assistant Attorney General

7 | JULIE L. GARLAND
Senior Assistant Attorney General

8 | ANYA M. BINSACCA
Supervising Deputy Attorney General

12 | /S/  BRIAN C. KINNEY
BRIAN C. KINNEY
Deputy Attorney General
Attorneys for Respondent

40206759.wpd
SF2007200861

Req. for Ext. of Time to File a Response; Decl. of Counsel

*Molina v. Curry*
C07-3313 MMC

## DECLARATION OF COUNSEL

I, Brian C. Kinney, declare:

1. I am an attorney licensed to practice before the courts of the State of California. I am employed by the California Office of the Attorney General as a Deputy Attorney General, in the Correctional Writs and Appeals section.

2. I am the attorney assigned to respond to the petition for writ of habeas corpus filed by inmate Miguel Molina.

3. On October 16, 2007, this Court issued an order to show cause requiring Respondent to file a responsive pleading by January 16, 2008. This matter was assigned to me on November 5, 2007. That same day, my paralegal requested Petitioner's state superior court decision from the San Luis Obispo County Superior Court, and Petitioner's state appellate court decision from the California Second District Court of Appeal.

4. The California Attorney General's Office never received these state court decisions and recently re-requested them. The Attorney General's Office has yet to receive these documents.

5. In addition, it appears that Petitioner filed a second habeas petition on the same issue in the California Court of Appeal after his first denial. Therefore, the California Attorney General's Office also recently requested this second appellate decision. And the Attorney General's Office has yet to receive this decision as well.

6. As a result, I am respectfully requesting an extension of time because I lack these decisions necessary to prepare a thorough responsive pleading. I respectfully request an additional thirty days, up to and including February 15, 2008, to file a responsive pleading in this matter.

7. Petitioner is representing himself, and, because he is currently incarcerated, he is not easily reachable for notification that I am requesting an extension of time.

8. This request is not made for any purpose of harassment, undue delay, or for any improper reason.

/ / /

Req. for Ext. of Time to File a Response; Decl. of Counsel        *Molina v. Curry*
                                                                  C07-3313 MMC

3

1  / / /

2  9. Without an extension of time, Respondent would be substantially harmed or prejudiced because Respondent would not have an opportunity to prepare a thorough responsive pleading.

I declare under penalty of perjury that the above is true and correct, and that this declaration was executed on January 16, 2008, in San Francisco, California.

/S/ BRIAN C. KINNEY
Brian C. Kinney
Deputy Attorney General

Req. for Ext. of Time to File a Response; Decl. of Counsel    *Molina v. Curry*
C07-3313 MMC

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Miguel Molina v. Ben Curry, Warden**

Case No.:    **C07-3313 MMC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **January 16, 2008**, I served the attached

**1) REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; DECLARATION OF COUNSEL**

**2) [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Miguel Molina  (D-21051)
Correctional Training Facility
P.O. Box  705, WA-324
Soledad, CA  93960-0686
IN PRO PER

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 16, 2008**, at San Francisco, California.

|     R. Panganiban     |     /S/  R. Panganiban     |
|:---------------------:|:--------------------------:|
|       Declarant       |         Signature          |

ProposedOrderMolina.wpd