IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Miguel Molina,** | C07-3313 MMC |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **Ben Curry, Warden,** | |
| Respondent. | |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including February 15, 2008, to file a responsive pleading in this matter. If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of service of Respondent's responsive pleading.

Dated: _____      _____
                                            The Honorable Maxine M. Chesney