**FILED**

**JAN 3 1 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Miguel Molina,** | C07-3313 MMC |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **Ben Curry, Warden,** | |
| Respondent. | |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including February 15, 2008, to file a responsive pleading in this matter. If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of service of Respondent's responsive pleading.

Dated: JAN 3 0 2008

_____
The Honorable Maxine M. Chesney

[Proposed] Order

Molina v. Curry
Case No. C07-3313 MMC

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL MOLINA,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.
_____/

Case Number: CV07-03313 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Miguel Molina
Correctional Training Facility - East Dorm
D-21051
P.O. Box 689
Soledad, CA 93960-0689

Dated: January 30, 2008

                                  Richard W. Wieking, Clerk

                                  *Tracy Lucero*

                                  By: Tracy Lucero, Deputy Clerk