# EXHIBIT A

8378441

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SAN LUIS OBISPO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA<br><br>vs.<br><br>MIGUEL ANGEL MOLINA,<br>          Defendant. | HON. WILLIAM R. FREDMAN<br>Judge of the Superior Court<br>Stephen Brown<br>Deputy District Attorney<br>Patricia Ashbaugh<br>Public Defender |

ABSTRACT OF JUDGMENT

This certifies that on the 8th day of November, 1985, judgment of conviction of the above-named Defendant was entered as follows:

In Case #13298, Count I, he was convicted by his plea of no contest, of the crime of 2nd degree murder, in violation of Section 187 of the California Penal Code.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the defendant be punished by imprisonment in the state prison for the term of fifteen years to life for the crime of 2nd degree murder.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that the defendant pay a restitution fine in the amount of $100.00.

Defendant is to be given credit for time served in the amount of three hundred and thirty two days, including two hundred and twenty one actual time and one hundred and eleven days goodtime/worktime.

////////
////////
////////
////////
////////
////////

2

1  To the Sheriff of the County of San Luis Obispo and to the
2  Director of Corrections:

3  Pursuant to the aforesaid judgment, this is to command you, the
4  Sheriff to deliver the above-named defendant into the custody
5  of the Director of Corrections at the Reception and Guidance
   Center at Chino, California at your earliest convenience.
6      Witness my hand and seal of said court
7  this 18th day of December, 1985.
   FRANCIS M. COONEY, Clerk,
8
9  by _____ Deputy Clerk

10
   State of California
11 County of San Luis Obispo
12     I do hereby certify that the foregoing to be a true and
       correct abstract of the judgment duly made and entered
13     on the minutes of the Superior Court in the above
14     entitled action as provided by Penal Code Section
15     1213.
   Attest my and and seal of said Superior Court this
16 18th day of December, 1985.
17                              FRANCIS M. COONEY, County Clerk
18                              by _____ Deputy Clerk
19
20     The Honorable _____
       JUDGE OF THE SUPERIOR COURT of the State
21     of California in and for the County of
       San Luis Obispo.