# EXHIBIT B



# OFFICE OF THE GOVERNOR

February 21, 2003

**VIA FACSIMILE AND U.S. MAIL**

Mr. Miguel Molina, D-21051
*Correctional Training Facility, North*
WA – 324L
Post Office Box 705
Soledad, California 93960

Dear Mr. Molina:

    Penal Code section 3041.2 authorizes the Governor to review parole decisions of the Board of Prison Terms concerning persons sentenced to an indeterminate term upon conviction of murder.

    After considering the same factors considered by the Board, the Governor has invoked his authority to <u>reverse</u> the Board's decision to grant parole in your case. The Governor's statement of the reasons for his decision is attached.

    A copy of this letter is being provided to you via facsimile, and the signed original (along with a statement of the reasons for his decision) is being sent by mail. Additionally, we are transmitting a copy of this letter and the attached decision to the Chairperson of the Board of Prison Terms.

Sincerely,

BARRY P. GOODE
Secretary of Legal Affairs

cc: Ms. Carol A. Daly, Chairperson
    The Board of Prison Terms