# EXHIBIT  D

224

1  FRANK J. PENTANGELO
   Attorney at Law; SBN 044314
2  265 South Street, Ste. F
   San Luis Obispo, CA 93401
3  (805) 544-3622

4  Attorney for Petitioner: Miguel Molina

ORIG...

**FILED**

SEP 3 0 2003

SAN LUIS OBISPO SUPERIOR COURT
BY _____
Karen Spisak, Deputy Clerk

5

6

7

8

9            IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                FOR THE COUNTY OF SAN LUIS OBISPO

11

12  In re:                              )
                                        )  NO.  CR 13298 (HC (1))
13          Petitioner,                 )
                                        )  **ORDER ON WRIT OF HABEAS**
14                                      )  **CORPUS**
                                        )
15  MIGUEL MOLINA,                      )  (Rule of Court, No. 4.550)
                                        )
16  For a Writ of Habeas Corpus.        )
                                        )
17  ─────────────────────────────

18      **TO THE WARDEN, AND ANY ONE ACTING FOR, AND ON BEHALF OF THE**

19  **WARDEN , CORRECTIONAL FACILITY, SOLEDAD, CALIFORNIA:**

20          **The Petition of Habeas Corpus filed by the above named Petitioner is granted**

21  **in full.**

22          The Department of Corrections, and those individuals, such as the Warden and those

23  acting for, and on behalf of the Warden and the Department of Corrections is/are hereby ordered to

24  release the Petitioner on parole within thirty (30) days of September 17, 2003.

25      Dated: September 30, 2003

26                                      _____
                                        JUDGE OF THE SUPERIOR COURT

27

28                                      1