# EXHIBIT G

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION 6

April 19, 2007

In re Miguel Molina
on Habeas Corpus

B198185
San Luis Obispo County No. CR13298

THE COURT:

    The petition for writ of habeas corpus is denied.