# EXHIBIT I

JUN 1 8 2007

Court of Appeal, Second Appellate District, Div. 6 - No. B198185
S152342

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re MIGUEL MOLINA on Habeas Corpus

The petition for review is denied.

SUPREME COURT
FILED

JUN 1 3 2007

Frederick K. Ohlrich Clerk

DEPUTY

GEORGE

Chief Justice