IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL MOLINA,

        Petitioner,

  v.

BEN CURRY, Warden,

        Respondent.
                                              /

No. CV-07-3313 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** respondent's motion to dismiss the petition as untimely is hereby GRANTED and the petition for writ of habeas corpus is hereby DISMISSED.

Dated: June 10, 2008

                                                Richard W. Wieking, Clerk

                                                *Tracy Lucero*

                                                By: Tracy Lucero
                                                Deputy Clerk